## UNITED STATES DISTRICT COURT
## DISTRICT OF MAINE

| | |
|---|---|
| **U.S. Bank Trust, N.A., as Trustee for LSF9 Master Participation Trust** | **CIVIL ACTION NO: 1:19-cv-00302-LEW** |
| **Plaintiff** | **PLAINTIFF'S MOTION FOR ENTRY OF DEFAULT AS TO DOUGLAS M. HALL AND WATSON POND LANDOWNERS ASSOCIATION** |
| vs. | |
| **Douglas M. Hall** | RE: |
| | 24 Echo Valley Estate, Rome, ME 04963 |
| **Defendant** | |
| | Mortgage: |
| **Watson Pond Landowners Association** | 02/23/2004 |
| | Book 7839, Page 88 |
| **Party-In-Interest** | |

NOW COMES the Plaintiff, U.S. Bank Trust, N.A., as Trustee for LSF9 Master Participation Trust (hereinafter "U.S. Bank"), pursuant to Fed.R.Civ. P.55(a) and hereby moves for Default, following service, as to Parties, Douglas M. Hall and Watson Pond Landowners Association, since said Parties have neither answered nor otherwise appeared in this matter. As grounds therefore, Plaintiff states the following:

1. Plaintiff's Complaint was filed on June 28, 2019.

2. The Defendant, Douglas M. Hall, was served with the subject complaint on July 10, 2019.

3. The Party-in-Interest, Watson Pond Landowners Association, was served with the subject complaint on July 9, 2019.

4. Proofs of Service for all parties were filed on July 15, 2019.

5. The Defendant, Douglas M. Hall, is not in the military.

6. Plaintiff has brought this action to address five counts entitling it to various forms of relief including Foreclosure, Breach of Loan Repayment and Security Agreement, Breach of

Contract - Money Had and Received, Quantum Meruit, and Unjust Enrichment.

7. By failing to appear in this matter, entry of default in favor of Plaintiff, pursuant to Fed.R.Civ.P Rule 55(a) is proper against Parties, Douglas M. Hall and Watson Pond Landowners Association.

WHEREFORE, Plaintiff respectfully requests that this Honorable Court enter default as to Parties, Douglas M. Hall and Watson Pond Landowners Association.

DATED: August 27, 2019

/s/ Reneau J. Longoria, Esq.
John A. Doonan, Esq., Bar No. 3250
Reneau J. Longoria, Esq., Bar No. 5746
Attorneys for Plaintiff
Doonan, Graves & Longoria, LLC
100 Cummings Center, Suite 225D
Beverly, MA 01915
(978) 921-2670
JAD@dgandl.com
RJL@dgandl.com

## CERTIFICATE OF SERVICE

I, Reneau J. Longoria, Esq. hereby certify that on August 27, 2019 I served a copy of the above document by electronic notification using the CM/ECF system and/or First Class Mail to the following:

/s/ Reneau J. Longoria, Esq.
John A. Doonan, Esq., Bar No. 3250
Reneau J. Longoria, Esq., Bar No. 5746
Attorneys for Plaintiff
Doonan, Graves & Longoria, LLC
100 Cummings Center, Suite 225D
Beverly, MA 01915
(978) 921-2670
JAD@dgandl.com
RJL@dgandl.com

Douglas M. Hall
24 Echo Valley Estate
Rome, ME 04963

Douglas M. Hall
P.O. Box 238
Belgrade Lakes, ME 04918

Watson Pond Landowners Association
c/o Dennis Phillips
955 Augusta Road
Rome, ME 04963